Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GEORGE S. ANDERSON, single man,<br><br>Plaintiff,<br><br>v.<br><br>PARAGON WAY, INC., a Texas Corporation, and COLLINS RECEIVABLES, LLC, a Texas Corporation,<br><br>Defendants. | No. C08-5527-RJB<br><br>**ORDER REGARDING STIPULATION TO EXTEND PRE-TRIAL DEADLINES** |

This matter having come before the Court on the stipulation of the parties, it is hereby ORDERED that the following pre-trial deadlines are extended and that all other deadlines are to remain the same:

| **Deadline/Hearing** | **Former Deadline** | **New Deadline** |
|---|---|---|
| Discovery Motions Deadline | 07/06/2009 | 07/17/09 |
| Expert Witness Disclosure | 07/07/2009 | 07/17/09 |

DATED this 6th day of July 2009.

_____
ROBERT J. BRYAN
United States District Judge

ORDER REGARDING STIPULATION TO EXTEND PRE-TRIAL DEADLINES - 1 **(NO. C08-5527-RJB)**

**LANDSMAN & FLEMING LLP**
*1000 Second Avenue, Suite 3000*
*Seattle, Washington 98104*
*Telephone: (206) 624-7900  Facsimile: (206) 624-7903*

Presented by:

LANDSMAN & FLEMING LLP

By   /s/ R. Broh Landsman
     R. Broh Landsman (WSBA #9321)
     Attorneys for the Defendants Paragon Way, Inc.
     and Collins Receivables, LLC
     Landsman & Fleming LLP
     1000 Second Avenue, Suite 3000
     Seattle, WA 98104
     Phone: (206) 624-7900
     Fax: (206) 624-7903
     Email: broh@LF-law.com

WENGER & ASSOCIATES P.S.

By   /s/ Deanna L. Johnson
     Deanna L. Johnson, WSBA No. 38926
     Attorneys for Plaintiff George S. Anderson

ORDER REGARDING STIPULATION TO EXTEND
PRE-TRIAL DEADLINES - 2 **(NO. C08-5527-RJB)**

**LANDSMAN & FLEMING LLP**
*1000 Second Avenue, Suite 3000*
*Seattle, Washington 98104*
*Telephone: (206) 624-7900 Facsimile: (206) 624-7903*